**6**

■

**In the Interest of J.S.B. &
K.C.B., Plaintiffs.**

**Juvenile Officer, Respondent,**

v.

**L.B.B., JR., and L.S.B., Appellants.**

**Nos. WD 61226, 61227.**

Missouri Court of Appeals,
Western District.

Oct. 31, 2002.

Rehearing Denied Jan. 28, 2003.

Gabriel A. Domjan, Independence, MO,
for appellants.

John A. Lozano, Harrisonville, MO, for
respondent.

James E. Hoke, Harrisonville, MO, for
plaintiffs.

Before SPINDEN, P.J.,
BRECKENRIDGE and NEWTON, JJ.

### ORDER

PER CURIAM.

The trial court terminated the parental
rights of Mother and Father to their two
daughters, J.S.B. and K.C.B., on the
grounds of abandonment, § 211.447.4(1),
RSMo 2000; neglect, § 211.447.4(2), RSMo
2000; and the continued existence of con-
ditions of a potentially harmful nature,
§ 211.447.4(3), RSMo 2000. On appeal,
Mother and Father contest the sufficiency
of the evidence to support termination.
This court finds that there was sufficient
evidence to support the court's determina-
tion that termination was appropriate un-
der § 211.447.4(3), RSMo 2000, and is in
the children's best interests. Since a pub-
lished opinion would have no precedential
value, a memorandum has been provided
to the parties.

The judgments are affirmed. Rule
84.16(b).